

In The

# Court of Appeals
## Seventh District of Texas at Amarillo

_____

No. 07-19-00322-CR
_____

TRAVIS TYRONE MITCHELL, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 47th District Court
Potter County, Texas
Trial Court No. 76,765-A-CR; Honorable Dan L. Schaap, Presiding

December 9, 2019

## ABATEMENT AND REMAND

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellant, Travis Tyrone Mitchell, appeals his conviction for burglary of a habitation[1] and sentence to ten years confinement. The appellate record was due on November 12, 2019. The clerk's record was timely filed, but the reporter's record was not filed by this deadline. By letter of November 19, 2019, we notified the reporter that the

---

[1] Tex. Penal Code Ann. § 30.02(c)(2) (West 2019).

reporter's record was overdue and directed her to advise this court of the status of the record by December 2. To date, the reporter has not filed the reporter's record or requested an extension of time to file the record.

The court reporter is responsible for preparing, certifying, and timely filing the reporter's record. TEX. R. APP. P. 35.3(b). Additionally, trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. TEX. R. APP. P. 35.3(c). Consequently, we now abate this appeal and remand the cause to the trial court for further proceedings.

Upon remand, the trial court shall utilize whatever means necessary to determine the reasons for the delay in filing the reporter's record and take such action as is necessary to ensure the filing of same on or before January 6, 2020. *See* TEX. R. APP. P. 37.3(a)(2). The trial court shall enter findings of fact and conclusions of law addressing these subjects and shall cause its findings, conclusions, and any necessary orders to be included in a supplemental clerk's record filed with this court by January 21, 2020.

Should the reporter file the complete reporter's record on or before December 23, 2019, she is directed to immediately notify the trial court of the filing, in writing, whereupon the trial court shall <u>not</u> be required to take any further action.

It is so ordered.

Per Curiam

Do not publish.

2